UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CR427 HEA |
| ) | |
| JAMES DAVID THOMAS, ) | |
| BARBARA ANN THOMAS, and ) | |
| CONNIE LEE NICKELSON, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter comes before the Court upon the Motions to Continue Trial Setting [Doc. #87, #88 and #89] and Waivers of Speedy Trial [Doc. #70, #74, and #76].

This Court, upon careful consideration of the motions of Defendants, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendants James David Thomas, Barbara Ann Thomas, and Connie Lee Nickelson to April 30, 2012, and that a continuance of these proceedings outweighs the best interest of the public and the Defendants in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendants and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendants have filed with this Court signed Waivers of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, [Doc. #70, #74, and #76].

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting as to Defendants James David Thomas, Barbara Ann Thomas, and Connie Lee Nickelson is RESET to <u>June 18, 2012</u>, at <u>9:30 a.m.</u>

Dated this 26th day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE